```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 22553
   JEROME DRAIN
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6655


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/27/2008 and was not confirmed.

     The case was dismissed without confirmation 11/03/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------
ACC CONSUMER FINANCE L   SECURED VEHIC    14474.00           .00         .00
ACC CONSUMER FINANCE L   UNSECURED        NOT FILED          .00         .00
INTERNAL REVENUE SERVICE PRIORITY          2186.58           .00         .00
AARONS SALES & LEASE     UNSECURED        NOT FILED          .00         .00
US CELLULAR              UNSECURED        NOT FILED          .00         .00
AT&T WIRELESS            UNSECURED        NOT FILED          .00         .00
AT & T BANKRUPCTY        UNSECURED        NOT FILED          .00         .00
T MOBILE                 UNSECURED        NOT FILED          .00         .00
CITY OF CHICAGO PARKING  UNSECURED         3645.00           .00         .00
COMCAST                  UNSECURED        NOT FILED          .00         .00
WASHINGTON MUTUAL        UNSECURED        NOT FILED          .00         .00
FMS INC                  UNSECURED        NOT FILED          .00         .00
MTI                      UNSECURED        NOT FILED          .00         .00
ILLINOIS TOLLWAY AUTHORI UNSECURED        NOT FILED          .00         .00
NATIONWIDE ACCEPTANCE~   UNSECURED         2165.09           .00         .00
NATIONWIDE ACCEPTANCE~   UNSECURED        NOT FILED          .00         .00
NICOR GAS                UNSECURED        NOT FILED          .00         .00
NUVELL CREDIT CO LLC     UNSECURED         5543.25           .00         .00
CITY OF CALUMET CITY     UNSECURED        NOT FILED          .00         .00
RMI/MCSI                 UNSECURED         1300.00           .00         .00
CITY OF CALUMET CITY     UNSECURED        NOT FILED          .00         .00
CITY OF CALUMET CITY     UNSECURED        NOT FILED          .00         .00
COMMONWEALTH EDISON      UNSECURED        NOT FILED          .00         .00
INTERNAL REVENUE SERVICE UNSECURED            5.31           .00         .00
NATIONAL CAPITAL MANAGEM UNSECURED          610.86           .00         .00
INTERNAL REVENUE SERVICE PRIORITY             .00            .00         .00
INTERNAL REVENUE SERVICE UNSECURED            .00            .00         .00
ARROW FINANCIAL SERV     UNSECURED          622.61           .00         .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      3,474.00                       .00
TOM VAUGHN               TRUSTEE                                         .00
DEBTOR REFUND            REFUND                                          .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS

             PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 22553 JEROME DRAIN
```

```
--------------------------------------------------------------------------------
TRUSTEE                                                  .00

PRIORITY                                                                    .00
SECURED                                                                     .00
UNSECURED                                                                   .00
ADMINISTRATIVE                                                              .00
TRUSTEE COMPENSATION                                                        .00
DEBTOR REFUND                                                               .00
                                                ---------------   ---------------
TOTALS                                                   .00              .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
    Dated: 02/24/09                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```